ESTHER S. GALIETTA, Respondent, v. JOSEPH GALIETTA, Appellant.—

Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.